UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-60267-CIV-MIDDLEBROOKS/WHITE

EDUARDO RAMOS PEREZ,

   Movant,

v.

UNITED STATES OF AMERICA,

   Respondent.
_____/

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION

THIS CAUSE comes before Movant Eduardo Ramos Perez's *pro se* Motion to Vacate filed pursuant to 28 U.S.C. § 2255, attacking his conviction and sentence entered after a guilty plea in Case No. 07-60230-CR-Middlebrooks. (DE 1). Movant filed his Motion on February 1, 2013, and this matter was referred to the Honorable United States Magistrate Judge Patrick A. White. A Report and Recommendation ("Report") (DE 8) was entered on September 30, 2013. Judge White recommended that the instant matter be dismissed as time-barred. Objections to the Report were due within fourteen days of receipt of a copy of the Report. As of today, no Objections were filed. The Court has conducted a de novo review of the record and is otherwise advised in the premises.

The Court agrees with Judge White's findings and conclusion. For the reasons stated in the Report of the Magistrate Judge and upon an independent review of the file, it is hereby

**ORDERED AND ADJUDGED** that

1. United States Magistrate Judge White's Supplemental Report (DE 8) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety;

1

2. This Case is **DISMISSED** as time-barred;

3. All pending motions are **DENIED AS MOOT**; and

4. The Clerk of Court shall **CLOSE** this Case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 2 day of January, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of record
Eduardo Ramos Perez
02416-131
Fort Dix
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 2000
Fort Dix, NJ 08640